IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOYD MACK BOYD,

        Plaintiff,

v.                                                   CIV 10-0602 RB/KBM

HI COUNTRY CHEVROLET,
a New Mexico Corporation;
JEFF THOMAS; and DENNIS
GONZALES,

        Defendants.

## ORDERS ON MOTIONS TO QUASH

THIS MATTER is before the Court on Defendants' motions to quash subpoenas directed by Plaintiff to Defendant Hi Country Chevrolet's insurers. *See Docs. 139 & 140.* The basis of both motions is that the insurers' only responsive documents are privileged. *See id.* Defendants argue attorney work-product protections, attorney-client privilege, and trade secret protections. *See id.* As the Court is presently unable to assess the applicability of these privileges and protections, Defendants are ordered to obtain copies of their insurers' files and prepare privilege logs setting forth each document individually, identifying by name and position the sender/author and recipient of each document, stating the

date the document was prepared, and describing the document in a manner that will permit the Court to assess whether the asserted privileges and/or protections are applicable.

Wherefore,

**IT IS HEREBY ORDERED** that the motions *(Docs. 139 & 140)* are **taken under advisement**. Defendants must prepare and submit privilege logs for each insurer's file no later than August 26, 2011.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE